## PALLARDY *v.* ROARK.

[No. 13,812.   Filed January 10, 1930.]

*James L. Murray* and *Roy W. Adney,* for appellant.
*Carter & Bradshaw, Owens & Heaton* and *Rogers & Smith,* for appellee.

PER CURIAM.—Affirmed.

## PARR, ADMINISTRATRIX, ETC., *v.* SCHRUM.

[No. 13,820.   Filed January 10, 1930.]

*Emmet C. Mitchell* and *John L. Shrum,* for appellant.

PER CURIAM.—Affirmed.

## SCOTT *v.* DEWITT ET AL.

[No. 13,571.   Filed January 11, 1930.]

*Merle N. A. Walker,* for appellant.
*Wilbur W. Hottel* and *Milton B. Hottel,* for appellees.

PER CURIAM.—Affirmed.